templated this and that net income does not take the organization out of the statute. We think the taxpayer is a business league not organized for profit.

The second question is as to the destination of the income— whether any part inures to the benefit of any private individual. This is a question of fact to be determined upon evidence. Because an association is not organized for profit does not prove that it has not in fact distributed its net earnings to its members, and Congress apparently intended to tax any organization which was used as the means of private gain notwithstanding that it was created for a patriotic, civic, or other altruistic purpose. Actual distribution to any individual defeats the exemption. Here, however, the Commissioner agrees that the taxpayer retained for its own use its earnings. No part thereof inured to the benefit of any individual. Thus the statutory qualifications are fully met.

This statutory exemption the Commissioner may not destroy by a regulation restricting its application more narrowly than the restrictions of the statute itself.

---

Appeal of **THERESA GOODMAN.**          **Docket No. 1421.**

The determination of the Commissioner is approved because of insufficiency of evidence to support the taxpayer's contentions.

Submitted March 18, 1925; decided March 30, 1925.

*Joseph J. Goodman*, for the taxpayer.
*Arthur J. Seaton, Esq.*, for the Commissioner.

Before GRAUPNER, LANSDON, LITTLETON, and SMITH.

A hearing was had on this appeal March 18, 1925. From the oral and documentary evidence presented, the Board makes the following

FINDINGS OF FACT.

1. The taxpayer is an individual engaged in the general merchandise business at Princess Anne, Md.

2. A deficiency letter was mailed to the taxpayer on November 14, 1924, showing a deficiency in income tax in the amount of $239.77 for the calendar years 1920, 1921, and 1923.

3. The Commissioner determined by an investigation that the deductions from gross income claimed on account of expenses were in excess of the actual expenses and found the net profit to be 12 per cent of sales. On this basis the tax proposed to be assessed was computed.

DECISION.

The deficiency determined by the Commissioner is approved. The taxpayer failed to adduce satisfactory evidence to show that the net profit determined by the Commissioner was incorrect.